# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **ADVANCE TRUST & LIFE ESCROW SERVICES, LTA,** as securities intermediary for **LIFE PARTNERS POSITION HOLDER TRUST,** on behalf of itself and others similarly situated, ) ) ) ) ) ) ) **Plaintiff,** ) ) v. ) ) **PROTECTIVE LIFE INSURANCE COMPANY,** ) ) ) ) **Defendant.** ) | Case No. 2:18-CV-1290-KOB |

## ORDER

The undersigned hereby RECUSES herself from further participation in the above-styled action. The court cancels the status conference set for today, August 18, 2021, at 2:00 p.m.

**DONE** and **ORDERED** this 18th day of August, 2021.

_____
**KARON OWEN BOWDRE**
UNITED STATES DISTRICT JUDGE

1